IN THE UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN AND NORA SCHUTT, a/n/f A.S.; | § | |
| CHERISH HOOPER, a/n/f J.H.; | § | |
| GUADALUPE MARES, a/n/f for A.N., | § | |
|     PLAINTIFFS, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  3:17-cv-1708 |
| | § | |
| GARLAND INDEPENDENT SCHOOL DISTRICT, | § | |
| MICHELLE BURFORD, LESLIE COBURN, | § | |
| GRAYDENE BROWN, JENNIFER BENAVIDEZ | § | |
| And MICHAEL ROELL, | § | |
|     DEFENDANTS; and | § | |
| | § | |

_____

| | |
|---|---|
| MICHAEL ROELL, | § |
|     COUNTER-CLAIMANT | § |
| | § |
| v. | § |
| | § |
| PLAINTIFFS; and | § |

_____

| | |
|---|---|
| MICHAEL ROELL, | § |
|     COUNTER-CLAIMANT | § |
| | § |
| v. | § |
| | § |
| GARLAND INDEPENDENT SCHOOL DISTRICT,  § | |
| GRAYDENE BROWN, JENNIFER BENAVIDEZ | § |
|     CROSS-DEFEDENDANTS | § |

**PLAINTIFFS' MOTION TO DISMISS ALL CLAIMS
AGAINST DEFENDANT MICHAEL ROELL WITHOUT PREJUDICE**

**PLAINTIFFS, STEPHEN and NORA SCHUTT, a/n/f for A.S., CHERISH HOOPER, a/n/f for J.H.,**

**and GUADALUPE MARES, a/n/f for A.N.,** respectfully move to dismiss their claims against

DEFENDANT MICHAEL ROELL as follows:

1) The plaintiffs' lawsuits were consolidated on April 17, 2018 (DOCUMENT # 55).

2) Defendant Roell's counterclaims were dismissed with prejudice on August 9, 2019 (DOCUMENT #109)

3) Plaintiffs hereby move to dismiss their claims against Defendant Roell, without prejudice to re-filing same.

WHEREFORE, premises considered, Plaintiffs move to dismiss all their pending claims against

Defendant Michael Roell without prejudice to re-filing same and that all costs of court be taxed

against the party incurring same.

Respectfully submitted,

/s/ Anthony O'Hanlon
Mr. Anthony O'Hanlon, ESQ.
Attorney & Counselor At Law
SBN 15235520
111 South Travis Street
Sherman, Texas 75090
(903) 892-9133 [Telephone]
(903) 957-4302 [Facsimile]
ahanlon@somlaw.net [Email]

/s/ Martin Cirkiel
Mr. Martin J. Cirkiel, Esq.
Cirkiel & Associates, P.C.
SBN 00783829
1901 E. Palm Valley Blvd. Round
Rock, Texas 78664
(512) 244-6658 [Telephone]
(512) 244-6014 [Facsimile]
marty@cirkielaw.com [Email]
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

This is to certify that on this the 9TH day of August, 2019, a true and correct copy of the above and forgoing document was served on the parties listed below pursuant to the Federal Rules of Civil Procedure and the Court's electronic filing system.

Ms. Meredith Prykryl Walker, Attorney
Walsh Gallegos, P.C.
105 Decker Court, Suite 600
Irving, Texas 75062
(214) 574-8800 [Telephone]
(214) 574- 8801 [Facsimile]
mwalker@wabsa.com [Email]
Attorney For Garland Independent School District

Michael Roell
3866 Pinebluff Lane
Rockwall, Texas 75032
(469) 528-7345 [Telephone]
cplroell@hotmail.com [Via
Email] Via Regular U.S. Mail

/s/ Anthony O'Hanlon
Anthony O'Hanlon