IN THE UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN AND NORA SCHUTT, a/n/f A.S.; | § | |
| CHERISH HOOPER, a/n/f J.H.; | § | |
| GUADALUPE MARES, a/n/f for A.N., | § | |
|     PLAINTIFFS, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.   3:17-cv-1708 |
| | § | |
| GARLAND INDEPENDENT SCHOOL DISTRICT, | § | |
| MICHELLE BURFORD, LESLIE COBURN, | § | |
| GRAYDENE BROWN, JENNIFER BENAVIDEZ | § | |
|     DEFENDANTS; | § | |
| | § | |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

PLAINTIFFS, STEPHEN and NORA SCHUTT, a/n/f for A.S., CHERISH HOOPER, a/n/f for J.H., and GUADALUPE MARES, a/n/f for A.N.,  and DEFENDANTS, GARLAND INDEPENDENT SCHOOL DISTRICT, MICHELLE BURFORD, LESLIE COBURN, GRAYDENE BROWN and JENNIFER BENAVIDEZ, file this Agreed Motion for Dismissal of Plaintiffs' claims against Defendants. Plaintiffs and Defendants have resolved their differences and, as such, Plaintiffs no longer wish to pursue their claims against Defendants. Accordingly, Plaintiffs seek a dismissal of the lawsuit against Defendants with prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants request that the Court grant this Agreed Motion for Dismissal with Prejudice and enter an order dismissing Plaintiffs' claims against Defendants with prejudice to refiling the same.

Respectfully submitted,
By:_____/s/*Anthony O'Hanlon*_____
Anthony O'Hanlon
State Bar No. 15235520
111 South Travis Street

Sherman, Texas 75090
903.892.9133
903.957.4302 (facsimile)
aohanlon@somlaw.net


By: _____/s/ **Martin J. Cirkiel**_____
Martin J. Cirkiel
State Bar No. 00783829
Cirkiel & Associates, P.C.
1901 E. Palm Valley Blvd.
Round Rock, Texas 78664
512.244.6658
512.244.6014 (facsimile)
marty@cirkielaw.com

**ATTORNEYS FOR PLAINTIFFS**


By:_____/s/**Meredith Prykryl Walker**_____
      Meredith Prykryl Walker
      State Bar No. 24056487
      Laura Rodriguez McLean
      State Bar No. 24007937
WALSH GALLEGOS TREVIÑO
RUSSO & KYLE P.C.
105 Decker Court, Suite 600
Irving, Texas 75062
214.574.8800
214.574.8801 (facsimile)
mwalker@wabsa.com
lmclean@wabsa.com
**ATTORNEYS FOR DEFENDANT**


## CERTIFICATE OF SERVICE

The undersigned certifies that on this 23rd day of October, 2019, a true and correct copy of the above and foregoing document was served upon the following counsels of record in accordance with the Texas Rules of Civil Procedure:

Meredith Prykryl Walker
Walsh Gallegos Treviño
Russo & Kyle P.C.
105 Decker Court, Suite 600
Irving, Texas 75062

/s/**Anthony O'Hanlon**_____
Anthony O'Hanlon